SCWC-14-0001135

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF BCI COCA-COLA BOTTLING
COMPANY OF LOS ANGELES, INC.,
Respondent/Respondent/Appellant/Appellee/Cross-Appellee,

vs.

SCOTT MURAKAMI, in his official capacity as the Director,
Department of Labor and Industrial Relations, STATE OF HAWAIʻI;
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, STATE OF HAWAIʻI,
Respondents/Appellees/Appellees/Cross-Appellants,

and

TAMMY L. JOSUE,
Petitioner/Complainant/Appellee/Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001135; CIV. NO. 13-1-1817-06)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Order Denying Motion for Reconsideration filed July 3, 2019, is corrected as follows:

In the first paragraph, line 3, the date shall be changed from "June 28, 2018" to "June 28, 2019".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, July 5, 2019.

/s/ Richard W. Pollack
Associate Justice

